[No. 73241-2-I.  Division One.  August 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN DUQUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03801-8, John H. Chun, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Leach, JJ.

[No. 73292-7-I.  Division One.  August 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PARIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01224-8, Catherine D. Shaffer, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.

[No. 73424-5-I.  Division One.  August 8, 2016.]

PORTER LAW CENTER, LLC, ET AL., *Appellants*, v. THE DEPARTMENT OF FINANCIAL INSTITUTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-22151-7, Beth M. Andrus, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ. Now published at 196 Wn. App. 1.

[No. 73447-4-I.  Division One.  August 8, 2016.]

WANDA MONTGOMERY, *as Personal Representative*, *Respondent*, v. BREWHAHA BELLEVUE, LLC, ET AL., *Appellants*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated September 19, 2016. Substitute opinion filed. See 195 Wn. App. 1064.